**STEPHEN F. HENRY, ESQ.**
STATE BAR # 142336
2625 Alcatraz Avenue, # 615
Berkeley, California 94705
Telephone: (510) 898-1883
Facsimile (510) 295-2516
shenry@SHenrylaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE

NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ZWEIG, an individual, | Case No. 17-cv-05624-MEJ |
| Plaintiff, | **DECLARATION OF STEPHEN F. HENRY IN SUPPORT OF REQUEST FOR DEFAULT JUDGMENT** |
| vs. | |
| YOSI, INC., a New York corporation, | |
| Defendant. | |

I, Stephen F. Henry, declare:

1. I am attorney for plaintiff in the above entitled matter. I have personal knowledge of the facts in this Declaration and if called upon to testify, I could and would testify competently to the facts herein.

2. Defendant was served the original complaint in this matter through a Director of the corporation, Dr. Jonathan Feistman, M.D. in New York, New York on December 7, 2017. A copy of the proof of service was filed with this Court on December 12, 2017. See Docket No. 8. Defendant was served with Plaintiff's Amended Complaint on April 3, 2018. See Docket No. 25. The clerk issued default on May 11, 2018. See Docket No. 27.

| Case No. 17-cv-05624-MEJ | 1 | Declaration of Stephen Henry In Support of Request For Default |
|---|---|---|

3. Defendant did not file an answer or other responsive pleading.

4. Defendant's chief executive officer, Hari Prasad, has indicated his awareness that a lawsuit was filed in email correspondence with Plaintiff on January 4, 2018 and, on January 10, 2018, by email, the undersigned reminded Mr. Prasad, who is presently unrepresented, of the lawsuit (as well as the Motion for Summary Judgment that the Court denied without prejudice).

5. Nevertheless, Defendant has still not answered.

6. In my last communication, Mr. Prasad, aware of the lawsuit, again attempted to offer an amount that would exclude payroll taxes as a way to save himself money on the debt to Plaintiff.

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct. Executed in Berkeley, California on May 16, 2018.

By /s/ Stephen F. Henry_____
Stephen F. Henry

Case No. 17-cv-05624-MEJ    2    Declaration of Stephen Henry In Support of Request For Default