**STEPHEN F. HENRY, ESQ.**
STATE BAR # 142336
2625 Alcatraz Avenue, # 615
Berkeley, California 94705
Telephone: (510) 898-1883
Facsimile (510) 295-2516
shenry@SHenrylaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE

NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ZWEIG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>YOSI, INC., a New York corporation,<br><br>Defendant. | Case No. 17-cv-05624-MEJ<br><br>**PROOF OF SERVICE** |

Case No. 17-cv-05624-MEJ                     1            Proof of Service

I, Stephen Henry, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. My business address is 2625 Alcatraz Avenue, No. 615, Berkeley, California, 94705.

On May 17, 2018, I served the attached:

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT**

**DECLARATION OF DAVID ZWEIG IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

**DECLARATION OF STEPHEN HENRY IN SUPPORT OF REQUEST FOR DEFAULT JUDGMENT**

on the interested parties in said action, by placing a true copy thereof in sealed envelope(s) addressed as follows:

Yosi, Inc.
205 E 42nd Street, 14th Floor
New York, New York, 10017

and served the named document in the manner indicated below:

☒ **BY MAIL**: I caused true and correct copies of the above documents, by following ordinary business practices, to be placed and sealed in envelope(s) addressed to the addressee(s), at Berkeley, California, for collection and mailing with the United States Postal Service, and in the ordinary course of business, correspondence placed for collection on a particular day is deposited with the United States Postal Service that same day.

☐ **BY OVERNIGHT MAIL**: I caused true and correct copies of the above documents, by following ordinary business practices, to be placed and sealed in envelope(s) addressed to the addressee(s), for overnight mailing by Federal Express,

☐ **BY HAND DELIVERY**: I caused true and correct copies of the above document(s) to be placed within a sealed envelope or other package and then caused the package to be hand-delivered to the addressee(s) on this date.

☐ **BY EMAIL**: I caused true and correct copies of the above document(s) to be sent via email to the addressee(s) on this date.

☐ **BY ELECTRONIC SERVICE**: I caused true and correct copies of the above document(s) to be provided via e-service to the addressee(s) on this date via the same service as was used to e-file the document(s).

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed May 17, 2018 at Berkeley, California.

/s/Stephen Henry
STEPHEN HENRY

Case No. 17-cv-05624-MEJ          2          Proof of Service