IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID ZWEIG, an individual,

    Plaintiff,

v.

YOSI INC., a New York corporation,

    Defendant.

No. C 17-05624 WHA

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The undersigned has reviewed the report and recommendation of Magistrate Judge Maria-Elena James and agrees that plaintiff's motion for default judgment should be **GRANTED IN PART**. This order **ADOPTS** in full the report and recommendation of Judge James. For the reasons herein, plaintiff shall be awarded: (1) $69,775.45 in unpaid wages, $12,193.33 in severance, and $81,968.79 in liquidated damages; (2) pre-judgment interest in the amount of $8,399.79, which shall continue to accrue through the date of judgment; (3) costs in the amount of $640.00. Plaintiff's requests for attorney's fees and for unreimbursed expenses are **DENIED**.

**IT IS SO ORDERED.**

Dated: July 5, 2018.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE