IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID ZWEIG, an individual,

    Plaintiff,

v.

YOSI INC., a New York corporation,

    Defendant.

No. C 17-05624 WHA

**JUDGMENT**

For the reasons stated in the accompanying order granting relief, **JUDGMENT IS HEREBY ENTERED** in favor of plaintiff and against defendant. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: July 5, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE